IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| OLLIE JO EDMONDSON,<br>PLAINTIFF, | §<br>§<br>§ | |
| V. | § | CAUSE NO. A:17-CV-1030-LY |
| | § | |
| CEDAR PARK HEALTH SYSTEM, L.P.,<br>D/B/A CEDAR PARK REGIONAL<br>MEDICAL CENTER,<br>DEFENDANT. | §<br>§<br>§<br>§<br>§ | |

**FINAL JUDGMENT**

Before the court is the above entitled cause. On this day by separate Order the court dismissed Plaintiff Ollie Jo Edmondson's claims alleged against Defendant Cedar Park Health System, L.P., d/b/a Cedar Park Regional Medical Center, without prejudice. As nothing remains for resolution in the cause, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this _____ day of July, 2018.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE